UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| O.J., by her next friend and mother, TRACY SHOCKLEY, and TRACY SHOCKLEY<br><br>    Plaintiffs,<br><br>V.<br><br>BOARD OF EDUC. FOR UNION COUNTY, TENNESSEE, and TENNESSEE DEPT. of EDUCATION,<br><br>    Defendants. | CIVIL ACTION NO. 13-38-KKC<br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

Before the Court is a motion to approve settlement (DE 61) and a joint motion to dismiss (DE 60).

**IT IS ORDERED** that:

1. The motion to file the Settlement Agreement under seal is **GRANTED**;

2. The motion to approve settlement (DE 61) is **GRANTED**; and

3. The joint motion to dismiss (DE 60) is **GRANTED**.

Dated September 15, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY